SHOOK, HARDY & BACON L.L.P.
AMY MACLEAR (SBN 215638)
amaclear@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900

Attorneys for Defendant
FORD MOTOR COMPANY

YASHAR LAW, APLC
Nadia Yashar, Esq. (SBN 256437)
Yasharesquire@gmail.com
8889 West Olympic Boulevard, Suite PH
Beverly Hills, California 90211
Tel: (310) 927-9810

Attorney for Plaintiff
ERIKBERTO CASTILLO

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKBERTO CASTILLO, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No. 2:23-cv-04326-SK<br><br>**ORDER** |

## ORDER

THE COURT, having reviewed the Parties' Stipulation for Dismissal With Prejudice, does hereby Order that the action shall be dismissed with prejudice. This Court shall retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED:

DATED: 8/1/2023

HON. STEVE KIM
U.S. Magistrate Judge